# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>GAIL MARTINS OKORO, )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>MIKE POMPEO, *Secretary of the U.S.* )<br>*State Department*, )<br> )<br>  Defendant. )<br> ) | No. 20-cv-2451 (KBJ) |

## MEMORANDUM OPINION

On March 22, 2021, Defendants filed a motion to dismiss Plaintiff's complaint. (ECF No. 15.) This Court's Local Civil Rules provide that "[w]ithin 14 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to [a] motion [or] the Court may treat the motion as conceded." LCvR 7(b). To date, Plaintiff has neither filed an opposition to the motion nor requested more time to do so. Therefore, the Court will **GRANT** the motion as conceded and will **DISMISS WITHOUT PREJUDICE** Plaintiff's complaint.

A separate Order accompanies this Memorandum Opinion.

DATE: May 5, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge